UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DON L. RIGDON                                CIVIL ACTION

VERSUS                                       NO: 09-0136

LIBERTY MUTUAL INSURANCE CO.,                SECTION: R(5)
*ET AL.*

**ORDER**

Before the Court is plaintiff's unopposed motion for remand. Plaintiff sustained soft tissue injuries to his neck and back resulting from a car accident. He sued the driver of the other vehicle and the driver's insurance company. Defendants removed this case on January 16, 2009, invoking this Court's diversity jurisdiction.

Plaintiff now contends that the jurisdictional amount under 28 U.S.C. § 1332(a) does not exist and therefore this Court lacks subject matter jurisdiction. Plaintiff has stipulated in a post-removal declaration that the amount in controversy does not exceed $75,000 and renounced his right to accept or enforce a

judgment in excess of $75,000. Plaintiff's stipulation that the amount in controversy does not exceed $75,000 and his waiver of entitlement to any award in excess of $75,000 constitute "judicial confessions" that are binding on the plaintiff. *See Engstrom v. L-3 Commc'ns Gov't Servs., Inc.*, No. Civ. A. 04-2971, 2004 WL 2984329, at *4 (E.D. La. Dec. 23, 2004). Accordingly, the Court finds that the jurisdictional amount is lacking in this case and therefore GRANTS plaintiff's motion to remand.

New Orleans, Louisiana, this __24th__ day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE